GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for Defendant
JORGE MEDINA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-CR-018-TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND (PROPOSED) |
| | ) | ORDER CONTINUING |
| vs. | ) | RECONSIDERATION |
| | ) | OF DETENTION |
| JORGE MEDINA, | ) | |
| | ) | Date : 8/12/15 |
| Defendant | ) | Time : 2:00 p.m. |
| | ) | Court : Duty Magistrate |
| _____ | ) | |

    IT IS HEREBY STIPULATED by Defendant Jorge Medina, through his counsel, Gilbert A. Roque, and Plaintiff United States of America, through Assistant United States Attorney Paul A. Hemesath, that the hearing for reconsideration of detention presently scheduled for July 28, 2015, at 2:00 p.m., before the Honorable Dale A. Drozd, United States Magistrate Judge, be vacated and the matter be continued to August 12, 2015, at 2:00 p.m., before the Duty Magistrate on that date.

    The Motion for Reconsideration of Detention [36] proposes a change in third party custodians. This continuance is requested to accommodate the travel needs of Defendant Medina's family members, who reside in Bakersfield, including his parents, who are the current third party custodians, and the aunt who has agreed to be the third

party custodian.  The aunt cannot appear on July 28, 2015.  Should the Court allow the change in third party custodians, it is of the utmost importance that the aunt be present.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  July 27, 2015                              /s/ Gilbert A. Roque

GILBERT A. ROQUE
Attorney for Defendant
JORGE MEDINA

Dated:  July 27, 2015                              /s/ Paul A. Hemesath

PAUL A. HEMESATH
Assistant United States Attorney
Attorney for Plaintiff

## **ORDER**

The Court, having received, read and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties, the Court orders that the hearing on the Motion for Reconsideration of Detention presently scheduled for July 28, 2015, at 2:00 p.m., is vacated, and shall be continued until Wednesday, August 12, 2015, at 2:00 p.m., in the courtroom of the Duty Magistrate on that date.

**IT IS SO ORDERED.**

Dated:  July 27, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
medina0018.stipo.cont.mot.recon