IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>JORGE MEDINA,<br><br>                Defendant. | CASE NO. 2:15-CR-0018 TLN<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the Government's two-page document pertaining to Defendant JORGE MEDINA and Government's Request to Seal shall be SEALED until further order of this Court.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the Government's request, sealing the Government's motion pursuant to U.S.S.G 5k1.1 serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the Government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the Government's motion pursuant to U.S.S.G 5k1.1 that would adequately protect the compelling interests identified by the Government.

Dated: February 8, 2016

Troy L. Nunley
United States District Judge

1