# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# AT SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 2:15-CR-00018-02 TLN |
| ) Plaintiff, ) | |
| ) | ORDER EXONERATING BOND |
| vs. ) | |
| ) | |
| JORGE MEDINA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On February 4, 2016 the above-named defendant was sentenced by the Honorable Troy L. Nunley and started serving his sentence.

The Cash Bond received January 21, 2015 (Receipt #CAE100028135) in the amount of $1,000.00, posted by Ricardo Barron is exonerated. The bond money plus any accrued interest is to be returned to the surety.

IT IS SO ORDERED.

Dated: September 11, 2019

Troy L. Nunley
United States District Judge